HOFFMAN EMPLOYMENT LAWYERS
Michael Hoffman (SBN 154481)
mhoffman@employment-lawyers.com
Leonard Emma (SBN 224483)
lemma@employment-lawyers.com
Stephen Noel Ilg (SBN 275599)
silg@employment-lawyers.com
580 California Street, Suite 1600
San Francisco, CA 94104
Tel   (415) 362-1111
Fax   (415) 362-1112

Attorneys for Plaintiff HAROLD VILLANUEVA


MELINDA S. RIECHERT, State Bar No. 65504
MICHAEL D. SCHLEMMER, State Bar No. 250000
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:     650.843.4000
Fax:     650.843.4001
E-Mail:  mriechert@morganlewis.com
E-Mail:  mschlemmer@morganlewis.com
Attorneys for Defendant MORPHO DETECTION, LLC,
incorrectly named as MORPHO DETECTION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD VILLANUEVA, individually and on behalf of all others similarly situated, and the general public, | CASE NO: 13-cv-05390-HSG |
| | **CLASS ACTION** |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| MORPHO DETECTION, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |

-1-

Pursuant to Civil Local Rules 7-12 and 10-1 of the United States District Court for the Northern District of California, the Parties to the above entitled action, HAROLD VILLANUEVA ("Plaintiff") and MORPHO DETECTION, LLC ("Defendant") (collectively referred to as the "Parties"), by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, Plaintiff seeks to file a Third Amended Complaint (a copy of which is attached as Exhibit A), with the Court;

WHEREAS, the Third Amended Complaint differs from the Second Amended Complaint in the following respects:

a)  Plaintiff adds additional causes of action under California Labor Code §§ 201 *et seq.*, and the Federal Fair Labor Standards Act (FLSA).

b)  Plaintiff clarifies the class definition.

c)  Minor spelling and grammatical errors are corrected.

WHEREAS, Defendant does not oppose the filing of this proposed Third Amended Complaint.

NOW THEREFORE, the Parties stipulate as follows:

1.      Plaintiff may have leave to file a Third Amended Complaint a copy of which is attached hereto as Exhibit "A."

2.      The Third Amended Complaint attached hereto shall be and hereby is deemed filed and served on all Parties as of the date of the Court's Order on this Stipulation.

3.      Defendant does not need to file a response to Plaintiff s Third Amended Complaint, and Defendant's Answer to Plaintiff's Second Amended Complaint shall be deemed to be the response to the Third Amended Complaint.

4.      The fact that Defendant has stipulated to the foregoing is not intended to be, and should not be construed as, an admission by Defendant that it accepts, concedes, or admits the allegations asserted in the Third Amended Complaint.  Despite this Stipulation, Defendant retains all rights and defenses available to it in response to the allegations, claims and matters asserted in the Third Amended Complaint.

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE TAC

1

2 IT IS SO STIPULATED.

3

4

DATED: April 13, 2015                         MORGAN, LEWIS & BOCKIUS LLC

5

6                                                        /s/ Michael Schlemmer

7                                              By_____

8                                                     Melinda Riechert
                                                      Michael Schlemmer

9

10                                             Attorneys for Defendant
                                               MORPHO DETECTION, LLC

11

12                                             HOFFMAN EMPLOYMENT LAWYERS

13

DATED: April 14, 2015                                  /s/  Leonard Emma

14                                             BY_____

15                                                    Michael Hoffman
                                                      Leonard Emma

16                                             Attorneys for Plaintiffs
                                               HAROLD VILLANUEVA *et al.*

17

18

19                                          **Attestation**

20        Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I, Leonard Emma, attest

21 that concurrence in the filing of this document has been obtained from each of the other

22 signatories. I declare under penalty of perjury under the laws of the United States of America

23 that the foregoing is true and correct.

24

25

26

27

28

1

2    DATED: April 14, 2015

3

4

5

6

7

8    **PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

9         Plaintiff is granted leave to file a Third Amended Complaint. The Third Amended

10   Complaint attached to the Parties' Stipulation for Leave to File a Third Amended Complaint

11   shall be and hereby is deemed filed and served on all Parties as of the date the Court enters the

12   Order granting the JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE

13   THIRD AMENDED COMPLAINT. Defendant's Answer to Plaintiff's Second Amended

14   Complaint shall be deemed to be the response to the Third Amended Complaint.

15

16   Dated:     4/16/2015

17                                                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28

HOFFMAN EMPLOYMENT LAWYERS

                          /s/  Leonard Emma
BY_____
                          Michael Hoffman
                          Leonard Emma

Attorneys for Plaintiffs
HAROLD VILLANUEVA *et al.*

-4-

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE TAC