1  HOFFMAN EMPLOYMENT LAWYERS
   Michael Hoffman (SBN 154481)
2  mhoffman@employment-lawyers.com
   Leonard Emma (SBN 224483)
3  lemma@employment-lawyers.com
   Stephen Noel Ilg (SBN 275599)
4  silg@employment-lawyers.com
   580 California Street, Suite 1600
5  San Francisco, CA 94104
   Tel   (415) 362-1111
6  Fax   (415) 362-1112

7  Attorneys for Plaintiff HAROLD VILLANUEVA

8

9  MELINDA S. RIECHERT, State Bar No. 65504
   MICHAEL D. SCHLEMMER, State Bar No. 250000
10 MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
11 3000 El Camino Real, Suite 700
   Palo Alto, CA  94306
12 Tel:    650.843.4000
   Fax:    650.843.4001
13 E-Mail: mriechert@morganlewis.com
   E-Mail: mschlemmer@morganlewis.com
14
   Attorneys for Defendant MORPHO DETECTION, LLC,
15 incorrectly named as MORPHO DETECTION, INC.

16                          **UNITED STATES DISTRICT COURT**

17                          **NORTHERN DISTRICT OF CALIFORNIA**

18

19 | HAROLD VILLANUEVA, individually and on behalf of all others similarly situated, | No. 13-CV-05390-HSG |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR SCHEDULE FOR CLASS NOTICE AND SETTING FINAL FAIRNESS HEARING** |
| vs. | |
| MORPHO DETECTION, INC., and DOES 1 to 10, inclusive | |
| Defendant. | |

-1-
*Villanueva v. Morpho / Case No. 13-CV-05390-HSG*
Joint Stipulation and [Proposed] Order For Schedule for Class Notice and Setting Final Fairness Hearing

HOFFMAN EMPLOYMENT LAWYERS
580 California Street, Ste. 1600
San Francisco, CA 94104
(415) 362-1111

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement (Dkt. 66), the Parties to the above entitled action, Harold Villanueva and Morpho Detection, LLC, (collectively referred to as the "Parties"), by and through their undersigned counsel, enter into the following Stipulation:

The Parties stipulate to the following schedule for class notice and setting final fairness hearing:

| Event | Date |
|---|---|
| Deadline to mail claim packets | September 29, 2015 |
| Filing deadline for attorneys' fees and costs motion | October 9, 2015 |
| Filing deadline for incentive payment motion | October 9, 2015 |
| Last date to file objections | October 29, 2015 |
| Last date to submit claims | October 29, 2015 |
| Filing deadline for final approval motion | December 10, 2015 |
| Final Fairness hearing and hearing on motions | January 14, 2016 2:00 p.m. |

IT IS SO STIPULATED.

DATED: August 18, 2015                HOFFMAN EMPLOYMENT LAWYERS

BY  /s/ Stephen Noel Ilg
    Michael Hoffman
    Leonard Emma
    Stephen Noel Ilg
Attorneys for Plaintiffs
HAROLD VILLANUEVA *et al.*

-2-
*Villanueva v. Morpho / Case No. 13-CV-05390-HSG*
Joint Stipulation and [Proposed] Order For Schedule for Class Notice and Setting Final Fairness Hearing

HOFFMAN EMPLOYMENT LAWYERS
580 California Street, Ste. 1600
San Francisco, CA 94104
(415) 362-1111

DATED: August 18, 2015

MORGAN, LEWIS & BOCKIUS LLC

By */s/ Michael Schlemmer*  (authorized on 8/18/15)
Melinda Riechert
Michael Schlemmer
Attorneys for Defendant
MORPHO DETECTION, LLC

Pursuant to N.D.Cal. L.R. 5-1(i)(3) regarding signatures, I, Stephen Noel Ilg, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of August 2015, at San Francisco, California.

BY /s/ Stephen Noel Ilg
Michael Hoffman
Leonard Emma
Stephen Noel Ilg

Attorneys for Plaintiffs
HAROLD VILLANUEVA *et al.*

## [~~PROPOSED~~] ORDER

In light of the foregoing Stipulation of the Parties above and good cause appearing, the Court ORDERS the following:

The Court approves the Parties' schedule as follows:

| Event | Date |
|---|---|
| Deadline to mail claim packets | September 29, 2015 |

-3-

*Villanueva v. Morpho / Case No. 13-CV-05390-HSG*
Joint Stipulation and [~~Proposed~~] Order For Schedule for Class Notice and Setting Final Fairness Hearing

| Filing deadline for attorneys' fees and costs motion | October 9, 2015 |
|---|---|
| Filing deadline for incentive payment motion | October 9, 2015 |
| Last date to file objections | October 29, 2015 |
| Last date to submit claims | October 29, 2015 |
| Filing deadline for final approval motion | December 10, 2015 |
| Final Fairness hearing and hearing on motions | January 14, 2016 2:00 p.m. |

The Court reserves the right to adjourn the date of the final approval hearing without further notice to Class Members and retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.

IT IS SO ORDERED.

Dated: August 20, 2015

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**HOFFMAN EMPLOYMENT LAWYERS**
580 California Street, Ste. 1600
San Francisco, CA 94104
(415) 362-1111

-4-
*Villanueva v. Morpho / Case No. 13-CV-05390-HSG*
Joint Stipulation and [Proposed] Order For Schedule for Class Notice and Setting Final Fairness Hearing